LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016 | 60 PARK PLACE<br>SUITE 703<br>NEWARK, NJ 07102 |
| TEL (917) 974-1781<br>FAX (212) 208-2981 | TEL (973) 648-6777<br>FAX (212) 208-2981 |

REPLY TO NEW JERSEY OFFICE

December 2, 2018

<u>By ECF</u>
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: <u>United States v. Hatcher</u>
      Case No. 18 Cr. 454(KPF)

Dear Judge Failla:

  I represent Sharan Hatcher in the above-referenced matter, who is scheduled to be sentenced by Your Honor on January 14, 2020.

  Ms. Hatcher is currently enrolled in the Focus Forward Project ("FFP") at the MCC. FFP is scheduled to conclude on February 18, 2020, but I was advised by the its director, Joel Putnam, that there are often delays due to staffing issues. Given Ms. Hatcher's participation in FFP and the uncertainty with a completion date, I respectfully request an adjournment of the January 14, 2020 sentencing date until late February 2020. The Government consents to this adjournment request.

            Respectfully submitted,

            /s/ *Stephen Turano*

            Stephen Turano
            Attorney for Sharan Hatcher

cc: Counsel for the Government (by ECF)