UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA  -v.-  EFRAIN REYES,  Defendant. | 18 Cr. 454-12 (KPF)  ORDER |

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED that whereas the Defendant, Efrain Reyes, USM #85993-054, has been sentenced in the above case to a term of time served, the U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

SO ORDERED.

Dated: April 15, 2020
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge