UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

             -v.-

EFRAIN REYES,

                   Defendant.

18 Cr. 454-12 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

      Defense counsel, the Government, and Mr. Brown are hereby directed to appear for a telephonic conference on January 20, 2021, at 11:00 a.m. to discuss Mr. Brown's pending motion to unseal certain documents.  (*See* Dkt. #306).  At the appointed time, the parties shall call (888) 363-4749 and enter access code 5123533.  Please note, the conference will not be available prior to 11:00 a.m.  Counsel for the Government is ORDERED to serve a copy of this Order on Mr. Brown.

      SO ORDERED.

Dated:     January 12, 2021
           New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge